152 So. 54

**BRIDGES v. STATE.**

6 Div. 465.

Supreme Court of Alabama.

Nov. 2, 1933.

Rehearing Denied Jan. 18, 1934.

See, also, 225 Ala. 81, 142 So. 56.

Crampton Harris, Albert Boutwell, and Fort, Beddow & Ray, all of Birmingham, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

FOSTER, Justice.

Petition of R. A. Bridges for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bridges v. State, 152 So. 51.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

### On Rehearing.

FOSTER, Justice.

We have again carefully reconsidered all the contentions made by petitioner for error in the opinion of the Court of Appeals, and still think that it correctly disposed of all questions there treated, and the discussion respecting them, except we think that charge 41 is covered by charge 40, reference to which is made by petitioner, and was refused without error for that reason rather than on the ground that it is argumentative.

Application for rehearing overruled.

ANDERSON, C. J., GARDNER and BOULDIN, JJ., concur.